

**RECEIVED** *CH*
*lcw*

AUG 2 6 2008
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Angel Concepcion

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

VillaFuerte
I. Most

(Enter above the full name of ALL
defendants in this action. <u>Do not
use "et al."</u>)

08CV4870
JUDGE HART
MAGISTRATE JUDGE DENLOW

Case No. _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

**I.     Plaintiff(s):**

A.     Name: _____ *Angel Concepcion* _____

B.     List all aliases: _____ *None* _____

C.     Prisoner identification number: _____ *63828* _____

D.     Place of present confinement: *Jefferson County Jail*

E.     Address: *911 Casey Ave. Mt. Vernon, Ill. 62864*

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.     Defendant: _____ *VillaFuerte* _____

       Title: _____ *Jail Guard* _____

       Place of Employment: *J.C. 3050 Justice Way. Kankakee, Ill. 60901*

B.     Defendant: _____ *J. Most* _____

       Title: _____ *Jail Guard* _____

       Place of Employment: *J.C. 3050 Justice Way. Kankakee, Ill. 60901*

C.     Defendant: _____

       Title: _____

       Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007



III.    **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.    Name of case and docket number: ___NoNe  I  CaN  Recall___

B.    Approximate date of filing lawsuit: ___NoNe  I  CaN  Recall___

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: ___NONe___

D.    List all defendants: ___NoNe  I  CaN  Recall___

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ___NoNe  I  CaN  Recall___

F.    Name of judge to whom case was assigned: ___NONe  I  CaN  Recall___

G.    Basic claim made: ___NONe___

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): ___No  I  CaNNot  Recall___

I.    Approximate date of disposition: ___NONe  I  RemembeR___

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need.  Attach extra sheets if necessary.)

In the Jerome Combs Detention Center 3050 Justice Way Kankakee, Illinois. 60901, I Plaintiff Angel Concepcion was confined, location of Flex-C on this Date of 4-4-08 time 3:15 Defendant officer Villafuerte in his individual capacity without warning or ordering me to put my arms through the safety chuck hole on cell door C-2 came in cell C-2.

Defendant officer J. Most in his individual capacity came in cell C-2 location of flex-C without a warning or ordering me to put my arms through the safety chuck hole on cell door C-2 came in cell-C-2 and ordered me to lay face down on the ground at tazer gun point, I Plaintiff Angel Concepcion let Defendant officer J. Most know human fieces was on ground in which he ordered me to lay face down or I will be shot. Human fieces and urine was clearly on the ground from toilet in which was backed up from a plumbing problem cell C-2 location flex-c Date 4-4-08

4

Revised 9/2007

Defendant Officer VillaFuerte in his individual capa-
-city Handcuffed Me with My arms to Back in
which he Bent My arms Back and pulled them all
the way up with excessive Force till My Muscles
and RotaterCuff in left Shoulder was injured, with
My arms Bent Back and Pulled all the way up is How
I was Removed From Cell C-2 and off of Flex-C to
the Middle Core I was then thrown to the Ground
By Rec. Area then was threatened: if you Move you
will get a Size thirteen up your A--, However on
the ground is where I Stood For 2 OR 3 OR More Minutes.
I was then ordered up By Defendant officer
VillaFuerte in his individual Capacity in which again
My arms was Bent Back and was pulled all the
way up Causing More pain to My injuries I let
out a Scream in Pain, I was then escorted with My
arms Bent Back and Pulled all the way up, Back on
Flex-C into Cell C-2 Date and time 4-4-08 3:18 PM
give or take. Defendant Officer I. Most in his ind-
-ividual Capacity ordered Me on My Knees face
Down in which he placed the tazer Gun on My Back
then threatened: if you Move you will Be Shot. I
Complied in Fear of My life on Date 4-4-08 and

Revised 9/2007

time 3:19 PM give or take. Right after incident Lt. legget
Came onto cell Block Flex-C in which I Reported incident
to her upon information and Belief She Didnt Do or
Say anything to the individual officers, in which She
was the Supervising official of the Shift Date 4-4-08
time 3:30 PM. Right after Lt. legget left Cell Block Flex-C
Sgt. Stevenson Came onto Cell Block Flex-C in which I
Reported incident to her aswell and I asked why
Did I get treated like an Animal whom Done Some-
-thing wrong, I told her I Didnt Do anything to
provoke the officers in anyway for them to try
to Hurt me, I then ask for Medical attention,
Date and time 4-4-08 3:35 PM. every Detainee on
Flex-C Date 4-4-08 and time of 3:15 PM to
4:00 PM eye witnessed. Name and # of Some eye
witnesses / Joshua Alston I.D.# 403899 / Omar Azpeitia
I.D.# 403901 / Ralph Kings I.D.# 22474 / Ricardo A. Pabon
I.D.# 403905 / Devon Gibbs I.D.# 403896 / Isreal Munoz
C.C.I. I.D.# 2006-0043237. I Would like to **Add ~~more~~**
wrote Several Detainee grievences in which whent unanswered
I also wrote the Illinois Dep. of Correction Jail
and Detention Standards unit. each defendant is Sued
individualy and at all times mention in this Complaint each defendant
acted under the Color of State law.
5  2 of 2



**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_and omissions_

A Declaration that the acts Described Herein Violated plaintiff's Rights UNDER the Constitution of the United States.

Compensatory Damages in the Amount of: $ 100,000 Against each Defendant, Jointly and Severally;

Punitive Damages in the Amount of: $ 100,000 Against each Defendant, Jointly and Severally;

plaintiff's Costs in filling this suit;

plaintiff's Attorney fees in this suit;

and Any Additional Relief that this Court Deems Just, proper, and equitable.

**VI.    The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO**

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___8___ day of ___19___ , 20 _08_

_Angel Concepcion_
(Signature of plaintiff or plaintiffs)

_Angel Concepcion_
(Print name)

_63828_
(I.D. Number)

_Jefferson County Jail_
_911 Casey Ave._
_Mt. Vernon, Ill. 62864_
(Address)

6

Revised 9/2007

United States District Court
Northern District of Illinois
Eastern Division

Plaintiff: )
Angel Concepcion )
V. )
)
Defendants: )
)
VillaFuerte et al., )
declaration )

DECLARATION

X Ricardo A. Pabon

Civil Action No.

I Ricardo A. Pabon hereby declare: That on April 12, 08 I was in Kankakee County Jail on Max C Pod. Myself and my co-defendant on my criminal case, Israel Munoz were fed up with the way we were being treated at the Jail and we asked a number of times to speak to a supervisor, because we were being ignored and comments were being made to us, we became more agitated and from that — both of us stopped up our toilets and caused a major flood on the pod. We flooded our cells for 15 to 20 minutes, my cell was at the end cell # 8 and my co-defendants was under mine. The door to the pod burst open and several officers (or six) ran in the pod. One was a supervisor and he had his Tazer in his hand. So much water was on the floor, the top catwalk and the main floor that you couldn't tell which cells it was coming out of. The officers ran up the stairs on the other side of the flood and yelled into the radios open cell # 5. Right when the cell door opened I heard a loud pop sound and screaming from Ralph King, who was in that cell, the officers were were yelling and about a couple minutes later he was brought down the stairs with wires sticking out his back. The guards were behind him, the supervisor in front of the others holding the tazer in front of him. When they were out the door, Ralph was Tazered again and fell and the officers surrounded him screaming profanity at him until he got himself up and closed the door. A few minutes later they ran back in and came directly to cell # 6 upstairs Mariano Hernandez cell. Without any warning, they opened cell # 6 and I heard a pop again and heard Mariano screaming in pain, I heard the officers yelling after they brought Mariano down the stairs with wires coming out his back like Ralph King, before he was taken off the deck (Pod) he was Tazered once more and screamed and yelled at him. Neither one, Ralph or Mariano were brought back to the Pod until a few hours later.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Mt. Vernon. Ill. on date July 30. 2008

Ricardo A. Pabon

United States District Court
Northern District Of Illinois
Eastern Division

Plaintiff:

_Angel Concepcion_

V.

Defendants:

_Villafuerte  et al.,_

declaration

DECLARATION

x _Israel Munoz Gallardo_

Civil Action No. _____

I Israel Munoz - Gallardo   hereby declare: That on April 12, 08 I was incarcerated at the Kankakee county Jail on max C pod. On this date myself along with my Co-defendant on my criminal case, Ricardo Pabon, became "fed-up" with the treatment we had been recieving at the Jail & numerous times asked to speak to a supervisor, to no avail because we were ignored & racial slurs were hurled at us, e.r., "Shut up spics there isn't anyone here", we become even more agitated which unfortunately led to both of us stopping up our toilets & causing a massive flood on the pod. We were flooding for about 15-20 minutes, my cell was situated on the far end of the gallery & my co-defendant was directly above mines. All of a sudden the door to the pod burst open & several guards (appx. (6) ran in the pod. One of which was a supervisor & he had his tazer in his hand, there was so much water on the main floor that you couldn't tell which cell it was coming out of. the guards ran straight up the stairs, the opposite end from where we were flooding, & yelled into the radios for 5 cell to be opened. Immediately upon opening I heard a load cracking sound, & screams from the inmate in that cell (Ralph Kings). The guards were yelling & about a couple minutes later they brought him down the stairs, with wires protruding out of his back. The guards were walking behind him, the supervisor in the lead holding his tazer in front of him & the other end of the wires were attached to his tazer) As they led him out the door Mr. Ralphs was tazed again & fell & the guards surrounded him screaming obscenities at him until he got himself back up & the closed the door. A few minutes later they ran back in & went directly up the stairs to cell 6, occupied by Mariano Hernandez, without giving warning they got his door opened & once again I heard the loud cracking sound & right after heard Mr. Hernandez screaming out as if in extreme pain, I heard the guards yelling & soon after they brought Mr. Hernandez down the stairs also with wires coming out his back & also like me, King, right before they took him off the pod they tazered him once more & screamed & yelled at him. Neither one of them was brought back to the pod for a few hours.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Mt. Vernon, Ill. on date = 07-31-08.

_Israel Munoz Gallardo_

United States District Court
Northern District of Illinois
Eastern Division

Plaintiff:
___Angel Concepcion___                    )
                                           )         DECLARATION
                                           )
        V.                                 )
                                           )        x Omar azpeitia
                                           )
Defendants:                                )    Civil Action No. _____
                                           )
        Villafuerte et al.,                )
___declaration___                          )
                                           )

I Omar azpeitia     hereby declare: en este dia 4/04/08 en
el bloque Flex C yo mire alos guardias metiendose ala
selda de angel concepcion sin desirle nada abrieron su
puerta y sin ninguna razon enpesaron a gritarle y
entonses lo sacaron con sus brasos atras y con esposas
y sus brasos estaban atras casi pegando en su cabesa
y los oficiales le asian sus brasos como si los fueran a
quebrar y entonses lo sacaron del bloque y chequearon
la selda de angel y cuando lo sacaron de su selda el
tenia su ropa y su cama mojada y tambien tenia pedasos
de caca en su cuerpo y ese no fue el unico insidente
que yo mire pasar de abuso por parte de los oficiales
en contra de los detenidos del condado de Kankakee.

_____

_____

_____

_____

_____

_____

_____

I declare under Penalty of Perjury that the foregoing is true and correct. Executed at
Mt. Vernon, Ill. on date  7/30/08

Omar azpeitia

United States District Court
Northern District of Illinois
Eastern Division

Plaintiff:
Angel Concepcion                    )
                                    )
                                    )          DECLARATION
          V.                        )
                                    )       x Angel Concepcion
                                    )
Defendants:                         )     Civil Action No.
                                    )
          Villafuerte et al.,       )
declaration                         )

I Angel Concepcion          hereby declare: On this Date I witnessed
staff misconduct 4-12-08. Me and other Detainees were all moved
from Cell Block Flex-C to Max-C in which some Detainees were upset
at How unprofessionaly the Jail Guards Conduct to them was after so
Many attempts through the grievence system to get personal property and
legall mail and to let supervisors know of all the violations of Rights
that was taking place in the Jerome Combs Detention Center, in which most of
the grievences whent unansewered or all A Detainee flooded his toilet and
with out no warning or opening the safety. Chuck Hole on Doors about 6
Jail Guards whent to top Deck were the cells were open Detainee:
Ralph Kings Cell Door Shot tazer gun Hitting him then ordered him to lay
on his tomach, then Removed Detainee from Cell with Handcuffs to Back and
still kept on Shoking Detainee over and over. among the Jail Guards was
officer J. Most. When the officers or I mean Jail Guards Came Back to Cell Block
Max-C again with out no warning of any Kind open Detainee: Mariano Hernandez
Cell Door and shot him Hitting him then ordered him on his Stomach Handcuffed
Him with Hands to Back and kept on Shoking him over and over.

I declare under Penalty of Perjury that the foregoing is true and correct. Executed at
Mt. Vernon, Ill. on date 7-22-08

x Angel Concepcion          7-22-08

United States District Court
Northern District of Illinois
Eastern Division

Plaintiff:

Angel Concepcion

V.

Defendants:

VillaFuerte et al.,

declaration

)
)
)
)
)
)
)
)
)
)
)
)

DECLARATION

x. Israel Munoz - Gallardo

Civil Action No.

I Israel Muñoz-Gallardo hereBy declare: That on April 4, 2008, I was incarcer-ated in the Kankakee county Jail on Flex C. Pod, & that on the aforementioned day I witnessed seve-ral employees (c.o.s) of said Jail, enter the cell of Mr. Angel Concepcion, while in his cell I seen them place Mr. Concepcion on the Floor, incidentally, his toilet had flooded over & there was water all over the Floor along with feces. I also witnessed the officers extract Mr. Concepcion from the cell, cuffed behind back bent forward & with his arms pulled all the way up at an awkward angle, with the officers arm between Mr Concepcions arms & resting between his shoulder - blades, pushing Mr. Concepcions arms up & simultaneously, pushing his body forward & down. They led him off of the deck & about 5 or 10, minutes then brought him back on the deck in the same manner as they took him out, & placed him in his cell. I asked Mr. Concepcion if he was okay & he started complaining to me that his shoulder was in excruciating pain & that he thought it might have gotten dislocated.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Mt. Vernon, Ill. on date = July 30, 2008

‹ Israel Munoz - Gallardo

United States District Court
Northern District of Illinois
Eastern Division

Plaintiff:
            Angel Concepcion            )

                    V.            )

            DECLARATION

        x  Anthony Williams

Defendants:            )        Civil Action No.

            Villafuerte et al.,)
declaration            )

I Anthony Williams. #403911 hereby declare: On April 10th of 2008 I was move from (Seg) Max-c To (Seg) Max-B. Because I kicked the Door, asking about my personal property, at this time I was order to lay down on the floor by officer J. most + other unknown officer. came in my cell, one of the officer unknow put his feet in between my legs, and spread my legs until they starting to hurt, I was then cuff, but before I was cuffed, J. most put his knee into my back hard, and told me look at you now who's the b——A now, you B——A from cook county I'm tired of you Gnieft (coming down) here thinking you run this Jail you don't know where you from Kankakee Cuff's was put on me, and as I was getting up I was push to the wall, my head hit the wall push up against the wall, as well, I was move from my max B-3 cell, and move to the Torture chair and I stayed there for 1½ hrs, but when I was put in Torture chair, and strap down and officer J. most took his Tazer Gun, and put it to my upper body shocking me three time in my upper body! I was strap down all the Time when it happen ("Shocking") I was move again to my Max B-3 cell with a smock on, and I was without sheets and clothing until cook county Jail move me from Kankakee Jail!!

I declare under penalty of perjury that the foregoing is true and correct. Executed at Mt. Vernon, Ill. on date 7-18-08.

Anthony Williams, 7-18-08

United States District Court
Northern District of Illinois
Eastern Division

Plaintiff:

Angel Concepcion

V.

Defendants:

VillaFuerte et al.,

declaration

DECLARATION

x Mariano Hernandez

Civil Action No.

I Mariano Hernandez    hereBy declare: Me and othere detainees from Cook County was tranfered to the Jerome combs Detention Center on 4-3-08 I was plased in a cell Block Max-c that night and was there for only a cople of Dog's I was Move to Flex-c in which I heard about the officers going into A Detainees cell and Making him lay Down on Human Waste, and Brought him out his cell with his arms handcuff to Back, and a officer had the Detanees arus pulled Back in the air, for no logical reason! I thought it was unbelievable till I seen staff Misconduct first Hand. When I got Moved Back to cell Block Max-c the Detainee next Door to Me Flooded his cell Because the staff would not give him his property, and water came in My cell the staff Came into his cell wiht out warning shot him with ... a tazer Gun handcuff him and still was shoking him with the tazer Gun, then they came to My cell with out opening the chuck hole on the Door came into My cell with out no warning shot Me with a tazer Gun in My neck and shoulder and even when I was in Handcuffs the staff was still shoking Me! and tide Me up to a chare and shoked Me while I was tide up. after that they put Me in a Dress.

I declare under Penalty of PerJury that the foregoing is true and Correct. Executed at Mt. Vernon= Ill. on date 7-19-08

< Mariano Hernandez)    7-19-08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff:

Angel Concepcion )
)
)
V. )
)
Defendants: )
)
Villafuerte et al., )
declaration )

DECLARATION

x Ricardo A. Pabon

Civil Action No.

I Ricardo A. Pabon      hereby declare: In the afternoon time on 4.4.08 I heard Angel Concepcion ask for the cleaning supplies because his toilet was backing up and over flowing. After Angel returned the cleaning supplies from 3pm to 3:20 p.m I witnessed three officers run in his cell and bring him out his cell with his uniform wet with his hand cuffed behind his back. The officers put his arm under the handcuffs from behind Angel and bent his arms to the point that Angel had to lean with his arms bent and twisted in an aukward possion with an excessive use of force for no reason. Angel was cooperating and not resisting at no point and time. Angel was taken off Flex C Pod for two to five minutes and was brought back. Upon returning back to Flex C Angel was still being mistreated with his arms bent and twisted the same all the way into his cell.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Mt. Vernon, Ill. on date July 30, 2008

Ricardo A. Pabon

United States District Court
Northern District of Illinois
Eastern Division

Plaintiff:

Angel Concepcion

V.

Defendants:

VillaFuerte et al.,

declaration

DECLARATION

x Angel Concepcion

Civil Action No.

I Angel Concepcion    hereby declare: as Plaintiff I used the following exhaustion of legal Remidies: the Detainees grievance proce- -dure available at Jerome combs Detention Center to try and solve the problem. Dates I wrote grievances (4-4-08) (4-9-08) (4-30-08) I pre- sented the facts Relating to this Complaint. on no date did I get a res- -ponse so I wrote the Illinois Dep. of Correction Jail and Detention Stand- -ards unit, presented the facts Relating to this Complaint so that once again try and solve the problem, on date (7-17-08) and still to this date of (8-17-08 did I get a Response. none at all.

I declare under Penalty of Perjury that the foregoing is true and Correct. Executed at ████████, Ill. on date  8-19-08

Mt. Vernon,

Angel Concepcion

to: the Illinois Department of Correction Jail and Detention Standards unit.

## Greeting 8

Hello My Name is angel Concepcion I am incarcerated in Jefferson county Jail. However I am From Cook County and was transferd to [Jerome combs Detention Center] on Date 4-3-08 however I am writing your office in Hopes that you May Help, My Constitutional Rights Have Been violated. Me and there are other's!! on 4-3-08 I Angel Concepcion was placed on cell Block Flex-C, that Night I used the comode and when I was Done I Noticed that the water was slow to go down as if on the verge of clogging. I imme-diately Reported this to the officer whom was working cell Block Flex-C, and Was told by her to let the 1st shift know so maintenance could Be called. the Next mor-ning I used the toilet to urinate when I flushed it over-flowed, I informed the officer. time on about 2:15 P.M. and main-tenance was summoned. Not long After the plumber arrived and within Minutes Found the problem Some one who previously occupied the cell had Flushed Some kind of food wrapper. However the cell Block officer Allowed Me to use the Mop and Bucket to clean My cell since toilet over flowed, when I wrung the Mop out For the last time A Small Piece of

OFFICIAL SEAL
CHARLA F. WALLS
Notary Public, State of Illinois
My Commission Expires 05-17-10
7-17-08

plastic BROKe OFF, I let the Cell Block OFFiceR
KNow, She told Me to lock up FoR 3:00 PM
Head count about FiFteeN MiNuteS Had past 3
OFFiceR'S (1) uNKNowN. (2) a [I. Most](3) and a
[VillaFueRte] with out opeNiNg the SaFety Chuck Hole
oN the DOOR aNd placiNg Me iN HaNd CuFFs Do to
the Fact that Me and otheR pretrial DetaiNeeS
FROM Cook CouNty Came oN SegRegatioN Status, opeN
Cell C-2 oN Flex-C DOOR aNd eNteRed oFFiceR
(I. Most) Had Me at tazeR GuN poiNt aNd oRdeRed
Me to tie Face DowN oN the gRouNd, I Complied!
HuMaN FecieS and uRiNe waS Still oN the gRouNd,
cleaRly uNSaNitaRy aNd daNgeRouS! I waS
HaNd - CuFFed with aRMS to My Back iN which
OFFiceR (VillaFueRte) BeNt My aRMS Back and
pulled theM all the way up with excessive FoRce
till My Muscle aNd RotateR - CuFF iN left ShouldeR
waS iNiuRd, with My aRMS BeNt Back aNd pulled
all the way up iS How I waS ReMoved FROM cell
aNd OFF of Flex-c to the Middle CoRe, I
waS theN thRowN to the gRouNd By Rec. aRea By
OFFiceR (VillaFueRte) theN thReateNed: iF you Move
you will get a Size thiRteeN up youR A___
HoweveR oN the gRouNd iS wheRe I Stood FoR
2 oR 3 MiNuteS. I waS theN oRdeRed up
By OFFiceR [VillaFueRte] iN which My aRMS
waS BeNt Back aNd waS pulled all the way
up CausiNg MoRe paiN to My iNiuRieS

3 of 4
page

OFFiceR [Villafuerte] Maliciously and Sadistically
Knowingly Caused HaRM By using excessive
ForCe! I was then escorted with My aRMS Bent
Back and pulled all the way up, Back on Flex-C
into Cell-C-2   I was oRdeRed on My Knees
Face Down By oFFiceR [I. MoSt] in which he
placed the tazeR Gun ON My Back and threatend
: iF you Move you will Be Shot! I Complied in
FeaR OF My life!!! again the oFFiceR's Did Not
open the DooR to Cell C-2 and open the Safety
Chuck Hole place Me in cell lock DooR and
ordeRe Me to put My aRMS threw and take
OFF Hand-CuFF.   I Received MinoR
Medical AttentioN FRoM a [Sgt. MS. StevensoN]
in which I RepoRted incident to heR, and an
[Lt. MS. legget] Same Day OF incident on 4-4-08
all Detainees on Flex-C at time and Date oF
incident witnessed StaFF Misconduct CRual and
unusual punishment and video RecoRdeR CameRa
on location Can CoRRoboRate! NaMe and No.
OF eye witnesses, Joshua AlstoN # 403899,
OMaR AzpeitiA # 403901, Ralph Kings # 22474,
RicaRdo A. Daban # 403905, Devan Gibbs
# 403896, ISReal Munoz # CC.I.T.D.o.C #
2006-0043237. I wRote 3 GRievenceS on this
Same ISSue and None of them weRe eveR answeR
By the JeRoMe CoMbs DetentioN CenteR 3050
Justice way KanKaKee, Ill. 60901   StaFF.

OFFICIAL SEAL
CHARLA F. WALLIS
Notary Public, State of Illinois
My Commission Expires 05-24-10
7-17-08

So HopeFully I CAN get aN aNSweR OR JUSTice
FoR wHat waS DoNe to Me. By the OFFiceRS and
eveRy oNe wHoM allowed it to HappeN, OR Did NotHiNg
about it, and tHeRe iS a patteRN oF StaFF MiSS—
— CoNduct agaiNSt pReTRial DeTaiNeeS. pleaSe
iNveSTigate.

                                    — HraNk you veRy MucH
                                    FoR youR time !!!

                              ANgel CoNcepcioN
                              JeFFeRSoN CouNty
                              911 Casey Ave.
                              Mt. VeRNoN, Ill 62864

**403900 : CONCEPCION, ANGEL**

398829

Loc: FLEX G

By: GLOCHNER From: Cash Drawer #1

Site Name

cct: Kankakee-9930

4/18/2008 10:17:28 AM

Prior Balance:          $0.00

| Bill | MAINTENANCE : PLUMBING MAINTENANCE CHARGE | $25.00 CHRG |
|------|-------------------------------------------|-------------|

Sign:

Main Balance:          $0.00

Over the Counter Drugs Debt:          $5.00

MAINTENANCE Debt:          $85.00

**403900 : CONCEPCION, ANGEL**                                              394075

| Loc: FLEX C | Site Name | 4/7/2008 9:14:49 AM |
| By: GLOCHNER From: Cash Drawer #1 | cct: Kankakee-9930 | Prior Balance: $0.00 |

| Bill | MAINTENANCE : CHARGE FOR BUCKET & WRINGER | $60.00 CHRG |

Sign: _____

Main Balance:          $0.00
MAINTENANCE Debt:    $60.00

397990

Loc: FLEX C

By: BBENSON From: Cash Drawer #1

Site Name

4/17/2008 9:06:00 AM

oct; Kankakee-9930

Prior Balance: $0.00

Bill        Over the Counter Drugs : 3

Sign:                                                                $5.00 CHRG

Main Balance:                  $0.00
Over the Counter Drugs Debt:    $5.00
MAINTENANCE Debt:              $60.00



**Kankakee County Sheriffs Police**
Timothy F. Bukowski Sheriff

Inmate ID# __403900__

## KANKAKEE COUNTY SHERIFF'S DEPARTMENT
## SICK CALL SLIP/REQUEST/CHARGE SHEET

NAME __Angel Concepcion__ LOCATION __Max- C  MC-2__

PROBLEM __this is my 3rd Request I've wrote to__
__See Doctor about my injured left Raw-tater-__
__Cup in Shoulder. I Have pain that wont go away!__

> The cost of your medical care will be determined by your ability to pay and will be assessed to you by the Nurse, Doctor, or Jail Administration as per 730 ILCS 125/20.    NO ONE WILL BE DENIED MEDICAL CARE BECAUSE OF AN INABILITY TO PAY. Inmates who do not have money on the account will be seen by the medical staff, and a negative balance will be placed on their account. The charges for service are listed below:

Signature __Angel Concepcion__    Date __4-21-08__

Do not write below this line. Doing so will cause this request to become void.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENT _____

_____ and you have an apt _____

| Service Provided (circle all that apply) | Charge | Quantity | TOTAL CHARGE |
|---|---|---|---|
| Sick Call | $10.00 | _____ | _____ |
| Doctor Visit | $15.00 | _____ | _____ |
| Dentist Visit | $30.00 | _____ | _____ |
| Prescription | $____ | _____ | _____ |
| Over the counter medications | $____ | _____ | _____ |
| Ensure | $2.00/can | _____ | _____ |
| Urinalysis | $3.00 | _____ | _____ |
| Pregnancy Test | $5.00 | _____ | _____ |
| Other _____ | $____ | _____ | _____ |
| | | TOTAL | _____ |

NURSE _____    DATE __4-22-08__

3000 Justice Way • Kankakee, Illinois 60901
911 • Emergency
(815) 802-7110 Administration
Fax: (815) 802-7111
HTTP://www.kankakeecountysheriff.com



**Kankakee County Sheriffs Police**
Timothy F. Bukowski Sheriff

Inmate ID# _____

## KANKAKEE COUNTY SHERIFF'S DEPARTMENT
## SICK CALL SLIP/REQUEST/CHARGE SHEET

NAME Concpcion, Angl    LOCATION 11 W4

PROBLEM _____

_____

_____

> The cost of your medical care will be determined by your ability to pay and will be
> assessed to you by the Nurse, Doctor, or Jail Administration as per 730 ILCS
> 125/20.    NO ONE WILL BE DENIED MEDICAL CARE BECAUSE OF AN
> INABILITY TO PAY. Inmates who do not have money on the account will be
> seen by the medical staff, and a negative balance will be placed on their account. The
> charges for service are listed below:

Signature _____    Date_____

Do not write below this line. Doing so will cause this request to become void.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COMMENT _____

Motrin 8/5

| Service Provided (circle all that apply) | Charge | Quantity | TOTAL CHARGE |
|---|---|---|---|
| Sick Call | $10.00 | | |
| Doctor Visit | $15.00 | | |
| Dentist Visit | $30.00 | | |
| Prescription | $___ | | $5 |
| Over the counter medications | $___ | | |
| Ensure | $2.00/can | | |
| Urinalysis | $3.00 | | |
| Pregnancy Test | $5.00 | | |
| Other _____ | $___ | | |

TOTAL $5

NURSE _____    DATE 4/16/07

3000 Justice Way • Kankakee, Illinois 60901
911 • Emergency
(815) 802-7110 Administration
Fax: (815) 802-7111
HTTP://www.kankakeecountysheriff.com

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) **REQUEST**                    (✓) **GRIEVENCE**

( ) **CALLING CARD**               ( ) **OTHER**
(check one)   ( ) $30   ( ) $20   ( ) $10

NAME _Angel Concepcion_ _____ DATE _4-4-08_

CELL BLOCK/CELL ~~FLEX~~ - C — Cell - C-2 ___ INMATE ID _403900_

Describe your request/grievance/amount of calling card

_On above Date and time 2:15 my toilet Backed up and over Fiowed, I Reported Issue to Cell Block (OFFiceR unKNowN) whom told Me: MaintenaNce was oN his way. HoweveR a little afteR above time 3 OFFiceR's unKNowN enteRd Cell# C-2 and ORdeRd Me to lye Face Down on the grown, I Complid! HumeN Fieces, and ueRiN was oN grown, I was HaNd Cuft and Removed FRM. Cell iN-wiCh my ARMS was BeNt Back till my — ContiNue - 2nd_

RECEIVED BY OFFICER: _M. Mutalivo_ DATE: _4.4.08_

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____ DATE: _____

PINK - TO inmate upon receipt   YELLOW - To inmate upon request   WHITE - inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) **REQUEST**                    (✓) **GRIEVENCE**

( ) **CALLING CARD**              ( ) **OTHER**
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME *Angel Concepcion*                    DATE **4-4-08**

CELL BLOCK/CELL **~~Flex~~ - C - Cell - C-2**    INMATE ID **403900**

Describe your request/grievance/amount of calling card

Continued FRM. 1st page. Muscle in left shalder was injured, I Receved Medical Attention. I Reported Issue to a Sgt. MS. Stevenson and a L.t. MS. legget. I would like to add all INMates on cell block ~~Flex~~ -C Witness, and Video Camara on location can colabaRate StaFF Misconduct. I would like to add I was thrown to the grown w/ a hand CuFS on Behind Back.

RECEIVED BY OFFICER: *Allen Baker*    DATE: **4.4.08**

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____    DATE: _____

PINK - TO inmate upon receipt    YELLOW - To inmate upon request    WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) **REQUEST**                    (✓) **GRIEVENCE**

( ) **CALLING CARD**               ( ) **OTHER**
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME _Angel Concepcion_            DATE _4-9-08_

CELL BLOCK/CELL _Flex-C Cell C-2_    INMATE ID _403900_

Describe your request/grievance/amount of calling card

ON this Date 4-4-08 and time 2:15 PM My toilet on
Cell Block Flex-C, cell C-2, Backed up and over
Flowed. I Reported the Matter to a Female officer
UNKNOWN, whom told Me: Maintenance was on
his way. However a little after above time about
3:15 pm give or take, 3 officer's one A
I.T. Most other 2 officers unknown, Continue 2

RECEIVED BY OFFICER: _Buffa.C 4716_    DATE: _4·10·08_

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____    DATE: _____

PINK - TO inmate upon receipt    YELLOW - To inmate upon request    WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) **REQUEST**                    ( √ ) **GRIEVENCE**

( ) **CALLING CARD**              ( ) **OTHER**
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME _Angel Concepcion_          DATE _4-9-08_

CELL BLOCK/CELL _Flex-C  cell C-2_    INMATE ID _403900_

Describe your request/grievance/amount of calling card

CoNTiNue FROM page 1. eNTeRd Cell C-2 OFFiceR
(I. MoSt) Had Me at tazeR point and oRdeRd Me to
lye Face DOWN oN the gROWN. I Complide! HuMaN
FieceS and ueRiN WaS CleaRly oN gROWN. I WaS Hand
CuFt W/ aRMS to the Back iN wich My aRMS WaS
puld all the Way up till My MuScle and RoWtateR
cup iN leFt SholdeR WaS iNJuRd, CoNtiNue 3

RECEIVED BY OFFICER: _Buff S <1716_   DATE: _4·10·08_

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____ DATE: _____

PINK - TO inmate upon receipt    YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

(  ) **REQUEST**                    (✓) **GRIEVENCE**

(  ) **CALLING CARD**               (  ) **OTHER**
(check one)    (  ) $30    (  ) $20    (  ) $10

NAME _Angel Concepcion_            DATE _4-9-08_

CELL BLOCK/CELL _Flex - C    Cell C-2_  INMATE ID _403900_

Describe your request/grievance/amount of calling card

CONTINUE FROM page 2. I WaS Removed FROM Cell
and off Flex-C to the Midle CoRe, By Reck aRea
and I waS then thRown to GROWN, I waS then
thReatend if I Moved I would Be geting a Size
13 teen up My A== By aN Heavy Set offiCeR uNkNowN
w/ glasses about 6.4 tall oR feet tall, Wheight Bout
300 lbs. HoweveR oN the GROWN iS wheRe    CoNtiNue 4

RECEIVED BY OFFICER: _Buffel_          DATE: _4-10-08_

RESPONSE:

_____

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____  DATE: _____

PINK - TO inmate upon receipt    YELLOW - To inmate upon request    WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) REQUEST                    (✓) GRIEVENCE

( ) CALLING CARD               ( ) OTHER
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME __Angel Concepcion__    DATE __4-9-08__

CELL BLOCK/CELL __Flex - C  Cell C-2__  INMATE ID __403900__

Describe your request/grievance/amount of calling card

CONTINUE FROM page 3. I Stould FoR 2 OR 3 Minutes
I was then ORdeRd up IN wich My aRMS was puld
all the Way up CauSing MoRe pain to My iNiTuRy S
I was then took BacK oN Flex - C inta Cell C-2
I was ORdeRd oN My KNeeS Face DowN By officeR
(I. MoSt) iN wich he plaste tazeR oN My Back
aNd threateNd if I MoveD I Will Be Shot CONTINUE S

RECEIVED BY OFFICER: __Buffie C__    DATE: __4-10-08__

RESPONSE:

_____

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____    DATE: _____

PINK - TO Inmate upon receipt    YELLOW - To inmate upon request    WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) **REQUEST**        (✓) **GRIEVENCE**

( ) **CALLING CARD**        ( ) **OTHER**
(check one)   ( ) **$30**   ( ) **$20**   ( ) **$10**

NAME _Angel Concepcion_     DATE _4-9-08_

CELL BLOCK/CELL _Flex-C Cell C-2_ INMATE ID _403900_

Describe your request/grievance/amount of calling card

Continue From page 4. I complide, in fear of my
life!!! I receved Minor Medical Attention by an
Sgt. Stevenson in wich I Reported incident to
her and I also Reported incident to a L.t leggat
all inmates on Flex-C at time and Date off 4-4-08
Witness staff Misconduct and Video Camara on
location can colabarate incident Continue 6

RECEIVED BY OFFICER: _Buffield_    DATE: _4-10-08_

RESPONSE:

_____
_____
_____
_____
_____

ANSWER GIVEN BY: _____ DATE: _____

PINK - TO inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) REQUEST                    ( ✓ ) GRIEVENCE

( ) ~~CALLING CARD~~           ( ) OTHER
~~(check one)     ( ) $30     ( ) $20     ( ) $10~~

NAME _Angel Concepcion_        DATE _4-9-08_

CELL BLOCK/CELL _Flex-C  Cell C-2_  INMATE ID _403900_

Describe your request/grievance/amount of calling card

Continue from page 5. and unfair and unhumane treatment. Name and no. of witnesses on flex-C. Joshua Alston # 403899, Omar Azpeitia # 403901, Ralph Kings # 227474, Ricardo A. pabon # 403905, Devan Gibbs # 403896. it is my rights to Receive fair and Humane treatment, Clearly my Rights Have Been Violated.

RECEIVED BY OFFICER: _Bullac_          DATE: _4-10-08_

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____ DATE: _____

PINK - TO inmate upon receipt    YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) REQUEST                    (X) GRIEVENCE

( ) CALLING CARD               ( ) OTHER
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME **Angel Concepcion**            DATE **4-30-08**

CELL BLOCK/CELL **Max-C   MC-2**      INMATE ID **403900**

Describe your request/grievance/amount of calling card

ON 4-3-08 I WaS placed ON cell Block
Flex-C, that Night I used the Coucde and when I
WaS DONE I Noticed that the Wotter waS slow to
go down aS iF ON the veRge OF cloqqing. I
immediately RepoRted this to the OFFiceR witooss was
WORKing cell Block Flex-C, and was told by hel
to let the 1st Shift KNow So, MaintenaNce.

RECEIVED BY OFFICER: **Sgt Stevenson**    DATE: **4-30-08**

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____    DATE: _____

PINK - TO Inmate upon receipt    YELLOW - To Inmate upon request    WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) **REQUEST**                    (X) **GRIEVENCE**

( ) **CALLING CARD**               ( ) **OTHER**
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME **Angel Concepcion**          DATE **4-30-07**

CELL BLOCK/CELL **Max-C    MC-2**   INMATE ID **403900**

Describe your request/grievance/amount of calling card

_Could Be Called. the Next MORNiNG I uSed the toilet
to uRiNate wheN I FiuSHed it OveR-Flowed, I iNfoRMed
the OFFiceR, time about 2:15 PM, aNd MaiNteNaNce
waS SuMMoNed. Not loNG AfteR the PluMbeR
aRRived aNd withiN MiNuteS FouNd the pRobleM,
Some oNe who pReviouSly occu-pied the Cell had
FiuShed Some kiNd of toi wRappeR. however aN_

RECEIVED BY OFFICER: _____    DATE: _____

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____    DATE: _____

PINK - TO inmate upon receipt    YELLOW - To inmate upon request    WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

(  ) **REQUEST**                    (X) **GRIEVENCE**

(  ) **CALLING CARD**               (  ) **OTHER**
(check one)   (  ) $30   (  ) $20   (  ) $10

NAME _Angel Concepcion_          DATE _4-30-08_

CELL BLOCK/CELL _Max-C   MC-2_   INMATE ID _403100_

Describe your request/grievance/amount of calling card

Cell Block Officer Allowed me to use the mop and
Bucket to Clean My Cell Since Roll over Friend,
When I wrung the mop out for the last time a
small piece came off, I let the cell Block Officer
Know, She told me to lock up for the 8:00 � PM
head count, about Fifteen minutes Had pass 3
officer S(1) unknown, one (2) a J. must, and

RECEIVED BY OFFICER: _S. J Stevens_   DATE: _4-30-08_

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____   DATE: _____

PINK - TO Inmate upon receipt    YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

4 of 10

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

(  ) **REQUEST**                    ( X ) **GRIEVENCE**

(  ) **CALLING CARD**               (  ) **OTHER**
(check one)    (  ) $30    (  ) $20    (  ) $10

NAME  Angel Concepcion                 DATE  4-30-08

CELL BLOCK/CELL  MAX-C    MC-2        INMATE ID  403900

Describe your request/grievance/amount of calling card

(3) a VillaFuerte, with out opening the Safety
Chuck Hole and placing Me in Hand CuFES Do
to the Fact that Ue and other pretrial Detainees
From Cook County was and is on Segregation
Status, open Cell C-2 on Fiex-C Door and entered
officer ( I. Most) Had Me at tazer Gun point and
ordered Me to lie Face Down on the ground, I

RECEIVED BY OFFICER: _Sgt. Stevener_ DATE: 4-30-0

**RESPONSE:**

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____ DATE: _____

PINK - TO inmate upon receipt    YELLOW - To inmate upon request    WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

(  ) **REQUEST**                    (X) **GRIEVENCE**

(  ) **CALLING CARD**                (  ) **OTHER**
(check one)    (  ) $30    (  ) $20    (  ) $10

NAME **Angel Concepcion**          DATE **4-30-08**

CELL BLOCK/CELL **MAX-C    MC-2**    INMATE ID **403900**

Describe your request/grievance/amount of calling card

Complied! Human Feces and urine was still on the
Ground, clearly unsanitary and dangerous! I was
Hand Cuffed with arms to Back in wich Officer
VillaFuerte Bent my arms Back and pulled them
all the way up with excessive Force till my muscle
and Rotater—Cuff in left shoulder was injured
w/ my arms Bent Back and pulled all the way up

RECEIVED BY OFFICER: _____  DATE: 4-30-08

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____  DATE: _____

PINK - TO inmate upon receipt    YELLOW - To inmate upon request    WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) **REQUEST**                    (X) **GRIEVENCE**

( ) **CALLING CARD**               ( ) **OTHER**
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME  ANgel CONCEPciON            DATE  4-30-08

CELL BLOCK/CELL  MAX-C  MC-2      INMATE ID  403900

Describe your request/grievance/amount of calling card

iS How I waS Removed FRom Cell and OFF oF Flex-C
to the Middle CoRe, I waS then thROWN to the
gROuNd By Rec. AReA OFFiceR VillaFueRte then
thReatened iF you Move you will get a Size
thiRteen up YOUR a - - , HoweveR, ON the gRound
iS wheRe I Stood FoR 2 oR 3 MiNuteS, I waS
then ORdeRed up, By OFFiceR VillaFueRte, in which

RECEIVED BY OFFICER: _____  DATE: 1-30-08

RESPONSE:

_____
_____
_____
_____
_____

ANSWER GIVEN BY: _____  DATE: _____

PINK - TO inmate upon receipt    YELLOW - To inmate upon request    WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) REQUEST          (X) GRIEVENCE

( ) CALLING CARD          ( ) OTHER
(check one)  ( ) $30  ( ) $20  ( ) $10

NAME Angel Concepcion          DATE 4-30-08

CELL BLOCK/CELL Max-C  MC-2  INMATE ID 403900

Describe your request/grievance/amount of calling card

My arms was Bent Back and was Pulled all the way up Causing More pain to my injuries OFFicer VillaFuerte maliciously and sadistically knowingly Caused Harm By using excessive force! I was then escorted with my arms Bent Back and pulled all the way up, Back on flex-C into Cell-C-2 I was ordered on my knees

RECEIVED BY OFFICER: _Sorensen_          DATE: 4-30-08

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____  DATE: _____

PINK - TO inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

(  ) **REQUEST**                    (X) **GRIEVENCE**

(  ) **CALLING CARD**               (  ) **OTHER**
(check one)    (  ) $30    (  ) $20    (  ) $10

NAME  **Angel Concepcion**              DATE **4-30-08**

CELL BLOCK/CELL **Max-C    MC-2**   INMATE ID **463900**

Describe your request/grievance/amount of calling card

Face DOWN By OFFiceR J. Most, iN wich he placed tazeR GuN oN My BacK aNd tHReateNd if you Move you will Be Shot! I complied iN feaR of My life !!! agaiN the OFFiceRS Did Not opeN the DooR to Cell C-2 aNd open Safety chuck Hole plac Ue iN Cell lock DooR aNd take oFF HaNd CuFS I ReCeived MiNoR Medical AtteNtioN By aN Sgt Us. SteveNSN iN wich

RECEIVED BY OFFICER: _____Sgt Steven S_____ DATE: **4-30-08**

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____  DATE: _____

PINK - To inmate upon receipt    YELLOW - To inmate upon request    WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT
CORRECTIONS DIVISION**

( ) **REQUEST**                    (X) **GRIEVENCE**

( ) **CALLING CARD**               ( ) **OTHER**
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME Angel Conception          DATE 4-30-08

CELL BLOCK/CELL Max-C   MC-2   INMATE ID 403400

Describe your request/grievance/amount of calling card

I Reported incident to her, and a L.t. us. logget same day of incident on 4-4-08 all Detainees on Flex-c at time and Date of incident witness staff misconduct, cruel and unusual punishment and video camera on location can corroborate! Name and No. of eye witnesses Joshua Aiston # 405899, Omar Acpeiriu # 403909, Ralph Kings # 22474, and

RECEIVED BY OFFICER: _____ DATE: 4-30-08

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____ DATE: _____

PINK - TO inmate upon receipt   YELLOW - To inmate upon request   WHITE - Inmate file
Inmate Request Form

**KANKAKEE COUNTY SHERIFF'S DEPARTMENT**
**CORRECTIONS DIVISION**

( ) **REQUEST**                    ⊠ **GRIEVENCE**

( ) **CALLING CARD**               ( ) **OTHER**
(check one)    ( ) $30    ( ) $20    ( ) $10

NAME _Angel Concepcion_           DATE _4-30-08_

CELL BLOCK/CELL _Max-C  MC-2_   INMATE ID _403900_

Describe your request/grievance/amount of calling card

_Ricardo A. pabon # 403905, Devan Gibbs # 403896,_
_Israel Munoz, C.C.I D.O.C # 2006-0043237._
_I am a pretrial Detainee protected by the Due_
_process clause of the Fourteenth Amendment. I have_
_been deprived of my liberty, property, w/out due process_
_of law._

RECEIVED BY OFFICER: _Stevenson_   DATE: _4-30-08_

RESPONSE:

_____

_____

_____

_____

_____

ANSWER GIVEN BY: _____  DATE: _____

PINK - TO inmate upon receipt    YELLOW - To inmate upon request    WHITE - Inmate file
Inmate Request Form