**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** ANGEL CONCEPCION | **Defendant(s):** VILLAFUERTE, et al |
| **County of Residence:** JEFFERSON | **County of Residence:** |
| **Plaintiff's Address:**<br>Angel Concepcion<br>#63828<br>Jefferson County Jail<br>911 Casey Avenue<br>Mt. Vernon, IL 62864 | **Defendant's Attorney:** |

FILED
AUG 2 6 2008
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

08CV4870
JUDGE HART
MAGISTRATE JUDGE DENLOW

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:
Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes [ ] No

**Signature:** /s/ Angel Concepcion

**Date:** 8/26/08