

FILED
AUG 2 6 2008
AUG 26 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

_Angel Concepcion_
Plaintiff

v.

_Villafuerte_
_J. Most_
Defendant(s)

08CV4870
JUDGE HART
MAGISTRATE JUDGE DENLOW

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, _Angel Concepcion_, declare that I am the ☑plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☑ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☑Yes  ☐No  (If "No," go to Question 2)
   I.D. # _63828_  Name of prison or jail: _Jefferson County_
   Do you receive any payment from the institution? ☐Yes ☑No  Monthly amount: _None_

2. Are you currently employed?  ☐Yes  ☑No
   Monthly salary or wages: _None_
   Name and address of employer: _None_

   a. If the answer is "No":
      Date of last employment: _(6-5-06) or (7-2-08)_
      Monthly salary or wages: _$2,000_
      Name and address of last employer: _Koch Food 2255 25th Franklin Park, Ill 60131_

   b. Are you married?  ☐Yes  ☑No
      Spouse's monthly salary or wages: _None_
      Name and address of employer: _None_

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages  ☐Yes  ☑No
      Amount_____ Received by_____

    b.   ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount __None__ Received by __N/A__

    c.   ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount __N/A__ Received by __N/A__

    d.   ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
        ☐Yes    ☒No
Amount __N/A__ Received by __N/A__

    e.   ☒ Gifts or ☐ inheritances    ☒Yes    ☐No
Amount __$20.00__ Received by __Grandmother Martina Muniz__

    f.   ☒ Any other sources (state source: __Friend__ )    ☒Yes    ☐No
Amount __$50.00__ Received by __Christian Figueroa__

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?   ☐Yes  ☒No  Total amount: __N/A__
In whose name held: __N/A__ Relationship to you: __N/A__

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?   ☐Yes  ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐Yes  ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐Yes  ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: __8-20-08__   __Angel Concepcion__
   Signature of Applicant

   __Angel Concepcion__
   (Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, __Angel Concepcion__, I.D.# __63828__, has the sum of $ __0.40__ on account to his/her credit at (name of institution) __Jefferson Co. Justice Center__. I further certify that the applicant has the following securities to his/her credit: __Ø__. I further certify that during the past six months the applicant's average monthly deposit was $ __55.00__.
(Add all deposits from all sources and then divide by number of months).

__8/21/08__   __Bonnie May #783__
DATE   SIGNATURE OF AUTHORIZED OFFICER

   __Bonnie May #783__
   (Print name)

rev. 10/10/2007

**RESIDENT HISTORY REPORT**                                                                 Page 1 of 1

JEFFERSON, IL  
08/21/08 13:29  
ST 003 / OPR 783

```
Name #             :  63B2B
Resident Name      :  CONCEPCION, ANGEL
Time Frame         :  05/01/2008 04:55 - 08/21/2008 13:29
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/01/2008 | 04:55 | Intake      | 4 | 770 | D43524 | 0.00  | 0.00  |
| 06/01/2008 | 18:28 | Add         | 4 | 770 | D44741 | 20.00 | 20.00 |
| 06/01/2008 | 18:28 | Rec Payment | 4 | 770 | D44742 | 2.78  | 17.22 |
| 06/02/2008 | 07:14 | Order       | 4 | 770 | D44804 | 10.00 | 7.22  |
| 06/03/2008 | 10:31 | Order       | 1 | MSN | A36996 | 7.12  | 0.10  |
| 06/12/2008 | 13:33 | Add         | 4 | 770 | D44987 | 50.00 | 50.10 |
| 06/16/2008 | 07:31 | Order       | 4 | 770 | D45124 | 10.00 | 40.10 |
| 06/17/2008 | 09:25 | Order       | 1 | MSN | A37094 | 38.45 | 1.65  |
| 07/08/2008 | 10:35 | Order       | 1 | MSN | A37298 | 1.65  | 0.00  |
| 07/23/2008 | 17:50 | Add         | 4 | 770 | D46755 | 25.00 | 25.00 |
| 07/29/2008 | 09:41 | Order       | 1 | MSN | A37517 | 24.55 | 0.45  |
| 07/30/2008 | 07:22 | Add         | 4 | 770 | D47007 | 50.00 | 50.45 |
| 07/31/2008 | 07:14 | Order       | 4 | 770 | D47087 | 20.00 | 30.45 |
| 08/05/2008 | 13:18 | Order       | 1 | MSN | A37601 | 18.30 | 12.15 |
| 08/07/2008 | 14:39 | Order       | 4 | 770 | D47476 | 10.00 | 2.15  |
| 08/11/2008 | 04:38 | Add         | 4 | 770 | D47526 | 20.00 | 22.15 |
| 08/12/2008 | 10:38 | Order       | 1 | MSN | A37691 | 21.75 | 0.40  |

United States District Court
Northern District of Illinois
Eastern Division

Plaintiff:

Angel Concepcion

V.

Defendants:

Villafuerte et al.,

declaration

DECLARATION

x Angel Concepcion

Civil Action No.

I Angel Concepcion hereby declare: that I am no longer at the Jerome Combs Detention Center in Kankakee so cannot get a copy of showing all receipts, expenditures and balances during the 1 month I was there but I do have a receipt and it shows my balance.

I declare under penalty of perjury that the foregoing is true and correct. Executed at ▇▇▇▇, Ill. on date 8-21-08

Mt. Vernon,

Angel Concepcion

| | | | |
|---|---|---|---|
| 403900 : CONCEPCION, ANGEL | | | 397990 |
| Loc: FLEX C | Site Name | | 4/17/2008 9:06:00 AM |
| By: BBENSON From: Cash Drawer #1 | cct: Kankakee-9930 | Prior Balance: | $0.00 |
| Bill    Over the Counter Drugs : 3 | | | $5.00 CHRG |
| Sign: | | Main Balance: | $0.00 |
| | | Over the Counter Drugs Debt: | $5.00 |
| | | MAINTENANCE Debt: | $60.00 |

| | | | |
|---|---|---|---|
| 403900 : CONCEPCION, ANGEL | | | 394075 |
| Loc: FLEX C | Site Name | | 4/7/2008 9:14:49 AM |
| By: GLOCHNER From: Cash Drawer #1 | cct: Kankakee-9930 | Prior Balance: | $0.00 |
| Bill    MAINTENANCE : CHARGE FOR BUCKET & WRINGER | | | $60.00 CHRG |
| Sign: | | Main Balance: | $0.00 |
| | | MAINTENANCE Debt: | $60.00 |

| | | | |
|---|---|---|---|
| 403900 : CONCEPCION, ANGEL | | | 398829 |
| Loc: FLEX C | Site Name | | 4/18/2008 10:17:28 AM |
| By: GLOCHNER From: Cash Drawer #1 | cct: Kankakee-9930 | Prior Balance: | $0.00 |
| Bill    MAINTENANCE : PLUMBING MAINTENANCE CHARGE | | | $25.00 CHRG |
| Sign: | | Main Balance: | $0.00 |
| | | Over the Counter Drugs Debt: | $5.00 |
| | | MAINTENANCE Debt: | $85.00 |