# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s) **Angel Concepcion**

v.

Defendant(s) **Villafuerte, J. Most**

08CV4870
JUDGE HART
MAGISTRATE JUDGE DENLOW

FILED
AUG 26 2008
AUG 26 2008
ICHAEL W. DOBBINS
[, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, **Angel Concepcion**, declare that I am the (check appropriate box): ☑ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

3. In further support of my motion, I declare that (check the appropriate box):

   ☑ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☐ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☑ I have attached an original Application to Proceed In Forma Pauperis in this proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

   **Angel Concepcion**
   Movant's Signature

   **911 Casey Avenue**
   Street Address

   **Mt. Vernon, Ill 62864**
   City/State/Zip

Date: **8-20-08**

United States District Court
Northern District of Illinois
Eastern Division

Plaintiff:
Angel Concepcion

V.

Defendants:

Villafuerte et al.,
declaration

DECLARATION

x Angel Concepcion

Civil Action No.

I Angel Concepcion hereby declare: that I've try'd to contact Atterneys to assist me with the matters addressed in this civil action. I've wrote the peoples law offices on 1180 N Milwaukee also the uptown peoples law center. I've try'd to call Kathleen Zellner at 630-955-1212 also David at 1-312-223-9890 But they wouldnt accep my collect call or would not answer my letters in hopes of representation I need help with my law suit.

I declare under penalty of perjury that the foregoing is true and correct. Executed at ~~~~~~~, Ill. on date 8-20-08
Mt. Vernon,

Angel Concepcion

Dear: Erica                                                5-2-08

Greeting's

Hello my name is Angel Concepcion I wrote you a letter back in March 3, 2008. Requesting Representation regarding my arrest. However thank you for within me congratulations on my acquittal. Unfortunately even though I won the case, I feel as if I've lost, B/C the C.P.D and the States attorney's office got away w/ what they did to me, and they're gonna keep doing it. Sorry! that ain't the reason why I am writing, I am praying that maybe your law office can help this time. please hear me out! I was incarcerated in the Jerome Combs Detention Center, in Kankakee, Ill. Me and other pretrial Detainee's was transferd from the Cook County Jail on 4-3-08 however my constitutional right's have been violated, Me and there are other's! we all wrote Grievences on on the violations of the eighth Amendment (Physical (Brutality By using excessive force, cruel and unusual punishment) there is a pattern of staff misonduct! None of our Grievences wher ever Answered! I would like to add I am suffering from Both a mental and emotional and physical injury Do to what was Done to me. if you have any question I will answer all! if you cannot help please send an attorneys info that can.

addres of place were incident happend at. J.C. Detention center 3050 Justice Way Kankakee, Ill. 60901.

thank you very much for your time!!!

they're playing musicle chares w/ us! My New info. (Angel Concepcion)
Jefferson County
911 Casey Ave.
Mt. Vernon, Ill 62864

your's truely
Angel Concepcion

# PEOPLE'S LAW OFFICE

1180 N. Milwaukee
Chicago, Illinois, 60622
(773) 235-0070
Fax (773) 235-6699

PeoplesLaw@aol.com

Michael E. Deutsch
Ben H. Elson
Janine L. Hoft
Joey L. Mogul
John L. Stainthorp
Jan Susler
G. Flint Taylor, Jr.
Erica L. Thompson

*Of Counsel*
Jeffrey H. Haas

May 12, 2008

Angel Concepcion
Jefferson County
911 Casey Avenue
Mt. Vernon, IL 62864

Dear Mr. Concepcion:

I received your recent letters. Unfortunately, I am not able to assist you with the matters addressed therein. I suggest you contact the John Howard Association. I am enclosing your correspondence.

Sincerely,

Erica Thompson